OPERATING ENGINEERS PENSION TRUST, Operating Engineers Health & Welfare Fund, Operating Engineers Vacation-Holiday Savings Trust and Operating Engineers Training Trust, Plaintiffs/Appellants,

v.

CHARLES MINOR EQUIPMENT RENTAL, INC., Defendant/Appellee.

No. 84–6044.

United States Court of Appeals, Ninth Circuit.

Dec. 12, 1985.

Wayne Jett, Brian Ray Hodge, Jett, Clifford & Laquer, Los Angeles, Cal., for plaintiffs/appellants.

Albert J. Tomigal, Wilson Clark, Marina Del Rey, Cal., for defendant/appellee.

Before SCHROEDER, FLETCHER and FARRIS, Circuit Judges.

ORDER

The majority opinion filed July 22, 1985, 766 F.2d 1301, is amended as follows:

At page 1304, column 2, line 3, delete the words "res judicata" and substitute "binding as precedent."